

05/02/2013 Sustained.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS


In re                                        Chapter 7

Drew Electric Co., Inc.                      Case No.  10-23384-WCH
        Debtor


TRUSTEE'S OBJECTION TO CLAIM

        John O. Desmond, Trustee, objects to the following claim for the reasons set
forth below:

Creditor                             Amount

Claim No. 3                          $28,516.54
RBS Citizens Bank
Attn:  Charles Koutsogiane
RJW 500
443 Jefferson Boulevard
Warwick, RI 02886


Reason for Objection

        The claim is filed as a secured claim, and there is no documentation attached to
substantiate the claim.  The trustee believes that any security interest the creditor has
would not attach to the funds held by the trustee.

Proposed Disposition

        If the Creditor does not respond to this objection within the deadline to be set by
the Court, the claim shall be disallowed.


                                     /s/ John O. Desmond
Dated:    April 1, 2013              _____
                                     John O. Desmond (BBO 554580)
                                     Trustee
                                     24 Union Avenue
                                     Framingham, MA 01702
                                     Tel:  (508) 879-9638
                                     Email:  trustee@jdesmond.com