United States Bankruptcy Court
District of Massachusetts

In re:                                                                    Case No. 10-23384-wch
Drew Electric Co., Inc.                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1          User: kc              Page 1 of 2              Date Rcvd: May 02, 2013
                              Form ID: pdf012       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2013.
db          +Drew Electric Co., Inc.,   18 Copeland Street,   Quincy, MA 02169-6421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2013**                **Signature:**    _Joseph Speetjens_

```
District/off: 0101-1           User: kc                 Page 2 of 2              Date Rcvd: May 02, 2013
                               Form ID: pdf012          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2013 at the address(es) listed below:
        David B. Madoff    on behalf of Debtor    Drew Electric Co., Inc. madoff@mandkllp.com, alston@mandkllp.com
        James A.W. Shaw    on behalf of Creditor    International Brotherhood of Electrical Workers Local 103 Trust Funds jshaw@segalroitman.com
        John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
        John O. Desmond    trustee@jdesmond.com,    trustee@jdesmond.com;jdesmond@ecf.epiqsystems.com
        John O. Desmond    on behalf of Trustee John O. Desmond john.desmond@jdesmond.com
        Kathryn S. Shea    on behalf of Creditor    International Brotherhood of Electrical Workers Local 103 Trust Funds kshea@segalroitman.com,    jmorrison@segalroitman.com;sgillin@segalroitman.com
        TOTAL: 6



05/02/2013 Sustained.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                      Chapter 7

Drew Electric Co., Inc.                    Case No.  10-23384-WCH
       Debtor


TRUSTEE'S OBJECTION TO CLAIM

   John O. Desmond, Trustee, objects to the following claim for the reasons set forth below:

<u>Creditor</u>                              <u>Amount</u>

Claim No. 3                                $28,516.54
RBS Citizens Bank
Attn:  Charles Koutsogiane
RJW 500
443 Jefferson Boulevard
Warwick, RI 02886


<u>Reason for Objection</u>

   The claim is filed as a secured claim, and there is no documentation attached to substantiate the claim.  The trustee believes that any security interest the creditor has would not attach to the funds held by the trustee.

<u>Proposed Disposition</u>

   If the Creditor does not respond to this objection within the deadline to be set by the Court, the claim shall be disallowed.


                                           /s/ John O. Desmond
Dated:   April 1, 2013                     _____
                                           John O. Desmond (BBO 554580)
                                           Trustee
                                           24 Union Avenue
                                           Framingham, MA 01702
                                           Tel:  (508) 879-9638
                                           Email:  trustee@jdesmond.com